```
1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    RAFAEL GUERRERO
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 2:13-mj-0113-CKD
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER
13       v.                        )
                                   )
14  RAFAEL GUERRERO                ) Date:  August 5, 2013
                                   ) Time:  9:30 a.m.
15              Defendant.         ) Judge: Hon. Carolyn K. Delaney
                                   )
16  _____)

17
```

18      IT IS HEREBY STIPULATED between the parties through their
19 respective counsel, ASHWIN JANAKIRAM, Special Assistant United States
20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,
21 attorney for RAFAEL GUERRERO, that the Court vacate the court trial on
22 June 17, 2013 at 9:30 a.m. and set a new court trial on August 5, 2013
23 at 9:30 a.m.
24      The continuance is being requested because the defense needs
25 additional time to prepare, in order to properly represent RAFAEL
26 GUERRERO at trial.
27      The parties also  agree that the ends of justice served by
28 granting defendant's request for a continuance, outweigh the best

interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

Dated: June 14, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
RAFAEL GUERRERO

Dated: June 14, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Ashwin Janakiram
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-