```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ASHWIN JANAKIRAM
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) Case No. 2:13-MJ-113-CKD
                                )
12          Plaintiff,          ) ORDER DISMISSING
        v.                      ) INFORMATION AND VACATING TRIAL
13                              )
    RAFAEL GUERRERO,            ) DATE: August 5, 2013
14                              ) TIME: 9:00 a.m.
            Defendant.          ) JUDGE: Carolyn K. Delaney
15                              )
16      It is hereby ordered that the court trial scheduled for
17  August 5, 2013 in the above captioned case is VACATED.
18      It is hereby ordered that the plaintiff United States
19  of America's motion to dismiss the Information in case no. 2:13-
20  MJ-113-CKD is GRANTED.
21      IT IS SO ORDERED.
22
23  Dated: June 26, 2013
24                                     _____
25                                     CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE
26
27
28
```